STATE v. CHAMBERS

No. 6P89.

Case below: 92 N.C. App. 230.

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 April 1989. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 1989.

STATE v. CHARLES

No. 72P89.

Case below: 92 N.C. App. 430.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 1989.

STATE v. DAVIS

No. 100A89.

Case below: 92 N.C. App. 627.

Petition by the State for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 5 April 1989. Petition by the State for writ of supersedeas to stay the judgment of the Court of Appeals allowed 5 April 1989.

STATE v. FRYAR

No. 523P88.

Case below: 91 N.C. App. 474.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 5 April 1989.

STATE v. GARRETT

No. 143P89.

Case below: 93 N.C. App. 79.

Petition by Attorney General for writ of supersedeas and temporary stay allowed 28 March 1989. Stay dissolved, supersedeas denied 5 April 1989. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 5 April 1989.